UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CJ NYC INC. d/b/a NYC GENTLEMEN'S CLUB, et al. :
:
                Plaintiffs, :       21-CV-2388 (JMF)
:
    -v- :       ORDER
:
ANDREW M. CUOMO, *in his official capacity as* :
*Governor of New York*, et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Per the Court's Order of March 19, 2021, ECF No. 3, the parties were required to file a joint letter, the contents of which are described therein, the Thursday prior to the June 10, 2021 initial pretrial conference. To date, the parties have not complied with their obligations. In light of that, the fact that the docket does not reflect service of the summons and complaint on Defendants, and that Defendants have not yet appeared, the initial pretrial conference currently scheduled for June 10, 2021 is ADJOURNED to **July 1, 2021** at **2:30 p.m.**

      SO ORDERED.

Dated: June 4, 2021                           _____
      New York, New York                   JESSE M. FURMAN
                                            United States District Judge