UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
CJ NYC INC. d/b/a NYC GENTLEMEN'S CLUB, et al., :
:
Plaintiffs, :
: 21-CV-2388 (JMF)
-v- :
: ORDER OF DISMISSAL
ANDREW M. CUOMO, in his official capacity as :
Governor of New York, et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Complaint in this action was filed on March 18, 2021. On June 17, 2021, the Court ordered Plaintiffs to show good cause in writing why service of the summons and Complaint was not made within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure — or, if Plaintiffs believed service had been made, to demonstrate when and in what manner service *was* made within the 90 days. *See* ECF No. 7. The Court notified Plaintiffs that if they did not show good cause — or file anything — by June 24, 2021, the Court would dismiss the Complaint. *Id.* Plaintiffs did not file anything by the deadline.

Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: June 25, 2021
       New York, New York
                                                JESSE M. FURMAN
                                           United States District Judge